CHARLES HUTCHINSON, Respondent, *v.* MARY F. ROOT, Appellant.

Reported below, 2 App. Div. 584.
(Argued October 18, 1897; decided October 26, 1897.)

RENEWED MOTION (see 153 N. Y. 329) to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered upon an order made March 20, 1896, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*William R. Wilder* and *Frederic D. Philips* for motion.

*William C. Cammann* opposed.

· Motion denied, with ten dollars costs.

---

In the Matter of the Appraisal of the Property of PHILIP EMBURY, Deceased, under "An Act to Tax Gifts, Legacies and Collateral Inheritances in Certain Cases."

THE COMPTROLLER OF THE CITY OF NEW YORK, Appellant; BENJAMIN T. KISSAM et al., as Executors, Respondents.

*Matter of Embury,* 19 App. Div. 214, affirmed.
(Argued October 4, 1897; decided November 23, 1897.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, made June 11, 1897, which reversed an order of the surrogate of the county of New York denying the application of the executors of the decedent to dismiss the proceeding, and dismissed the proceeding.

*Emmet R. Olcott* for appellant.

*Lucius H. Beers* for respondents.

Order affirmed, with costs, on opinion below.
All concur, except VANN, J., not voting.